Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| UNITED STATES OF AMERICA, | No. CR07-132RSL |
|---|---|
| Plaintiff, | |
| | ORDER OF DISMISSAL |
| v. | |
| KENT DISTRIBUTOR, INC., TAN AN THAI, UYEN LNU, | |
| Defendants. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendants Kent Distributor, Inc., Tan An Thai, and Uyen Lnu.

IT IS HEREBY ORDERED:

All counts of the Indictment as to these Defendants are dismissed, without prejudice. The outstanding warrants shall be quashed.

DATED this 21st day of May, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

Order to Dismiss
*United States v. Kent Distributor, Inc., et al*
CR07-132RSL - 1

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington
(206) 553-7970